AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Noel De Jesus Bravo-Gonzalez

United States District Court
Southern District of Texas
FILED
FEB 02 2019
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-19-0238-M

IAE   YOB: 1983
**Nicaragua**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___2/1/2019___ in ___Starr___ County, in the ___Southern___ District of ___Texas___

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Nicaragua in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Noel De Jesus Bravo-Gonzalez was encountered by Border Patrol Agents near Roma, Texas on February 1, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 1, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 23, 2007 through San Antonio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 1, 2004, the defendant was convicted of Robbery Armed Att With Weapon and was sentenced to four (4) years, seven (7) months and six (6) days confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 02, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 2, 2019   @ 3:50 PM

/S/ Miguel Valle
Signature of Complainant
Miguel Valle   Senior Patrol Agent

Scott J. Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer